UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DWAYNE STRINGER**, <br><br> Plaintiff, <br><br> vs. <br><br> **M. LENNOX and BRANDON FORD**, <br><br> Defendants. | 2:20-CV-10466-TGB <br><br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

Dwayne Stringer, a state prisoner incarcerated at the Macomb Correctional Facility, filed a *pro se* civil rights complaint and amended complaint. (ECF Nos. 1, 5.) Stringer failed to pay the filing fee ($400.00) or, alternatively, to apply in the manner required by law to proceed without prepayment of the filing fee. The Court issued an order requiring Stringer to submit the filing fee or to file the necessary papers to proceed *in forma pauperis*, *i.e.,* a certified trust account statement and an affidavit of indigence as required by 28 U.S.C. § 1915(a)(2). (ECF No. 4.) The Court cautioned that failure to correct the deficiency within 30 days would result in dismissal of the case without prejudice. Stringer failed to correct the deficiency because he did not file a certified trust account statement in the time provided.

Accordingly, the case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge